948 F.2d 1282w
 NOTICE: Fourth Circuit I.O.P. 36.6 states that citation of unpublished dispositions is disfavored except for establishing res judicata, estoppel, or the law of the case and requires service of copies of cited unpublished dispositions of the Fourth Circuit.
Leroy OLSEN; Cheryl Olsen, Plaintiffs-Appellees,
v.
LAKE COUNTRY, INCORPORATED, Defendant-Appellant,
and
Cost Control Marketing and Sales Management; Northeastern
Bank of Pennsylvania N.A.; Cost Control Marketing
and Management, Incorporated; Hugh
Boyle, Defendants.
Leroy OLSEN; Cheryl Olsen, Plaintiffs-Appellees,
v.
LAKE COUNTRY, INCORPORATED, Defendant-Appellant,
and
Cost Control Marketing and Sales Management; Northeastern
Bank of Pennsylvania N.A.; Cost Control Marketing
and Management, Incorporated; Hugh
Boyle, Defendants.
 Nos. 90-2163, 90-2174.
 United States Court of Appeals, Fourth Circuit.
 Argued March 5, 1991.
Decided Nov. 18, 1991.
As Amended Dec. 9, 1991.
 NOTE: THE COURT HAS WITHDRAWN THIS OPINION